JUDGE STEIN

08 CV 7145

NOURSE & BOWLES, LLP
Attorneys for Plaintiff
CLEAR HORIZON INC.
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CLEAR HORIZON INC.,

        Plaintiff,

   -against-

S1 MARITIME CO., LTD.,

        Defendant.

------------------------------------------------------------X

RECEIVED
AUG 11 2008
U.S.D.C. S.D. N.Y.
CASHIERS

08 Civ.

**FRCP 7.1**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure neither Clear Horizon Inc. nor any parent, subsidiary or affiliate corporation that has shares publicly traded in the United States owns 10% or more of its stock.

Dated: New York, New York
       August 11, 2008

                                              NOURSE & BOWLES, LLP
                                              Attorneys for Plaintiff
                                              CLEAR HORIZON INC.

                                              By: _____
                                                  John P. Vayda (JV-0339)
                                                  One Exchange Plaza
                                                  At 55 Broadway
                                                  New York, New York 10006
                                                  (212) 952-6200
                                                  jvayda@nb-ny.com